IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.     20-cr-00291-DDD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JEFFREY KESTEN,

        Defendant.

_____

### NOTICE OF DISPOSITION
_____

Defendant, Jeffrey Kesten, by and through counsel, Mary V. Butterton, Assistant Federal Public Defender, hereby notifies this Honorable Court that a disposition has been reached in his case with the government. The defendant would request a change of plea hearing for the court to consider a proposed plea agreement.

Respectfully submitted this 29th day of September, 2021.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender

        s/ Mary V. Butterton
        MARY V. BUTTERTON
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Mary_butterton@fd.org
        Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Anna Edgar, Assistant U.S. Attorney
Email: anna.edgar@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Jeffrey Kesten (Via U.S. Mail)

s/ Mary V. Butterton
MARY V. BUTTERTON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Mary_butterton@fd.org
Attorney for Defendant